# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEROME ALVAREZ | ) | Case No. |
| | ) | 25-MJ-524 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 31, 2025__ in the county of __Monroe__ in the __Western__ District of __New York__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846. | Attempted Possession with Intent to Distribute 500 grams or more of Cocaine |

This criminal complaint is based on these facts:

On or about January 31, 2025, in the Western District of New York, Jerome Alvarez attempted to possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Farnham, Special Agent, ATF
*Printed name and title*

Submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 01/31/2025

*Judge's signature*

City and state: Rochester, New York

Hon. Mark W. Pedersen, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                                                          25-MJ-524

JEROME ALVAREZ,

Defendant.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, ANDREW FARNHAM, affirm the following facts:**

1. Your affiant is a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the New York Field Division, Rochester Field Office. Your affiant is a graduate of the Criminal Investigator School and the ATF National Academy, both located at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been employed as a Special Agent since February 2019. Prior to being employed as a Special Agent, I was employed as a United States Border Patrol Agent beginning in 2008, in Ogdensburg, New York until February of 2019. In August 2021, your affiant completed the Firearms Interstate Nexus Training Course in Martinsburg, West Virginia. As part of my professional experience, I have participated in state and federal investigations involving the illegal possession of firearms and narcotics, narcotics trafficking, and other violations of federal and state law.

2. This affidavit is submitted in support of a criminal complaint charging Jerome Alvarez, hereafter referred to as ALVAREZ, with a violation of Title 21, United

States Code, Sections 841(a)(1), 841(b)(1)(B), and 846 (attempted possession of 500 grams or more of cocaine with intent to distribute). The facts related herein are based solely upon the personal knowledge of your affiant and information I have received from this investigation, including a review of reports and discussions with other law enforcement officers involved with this investigation.

3. On or about January 25, 2025, during a review of incoming mail, United States Postal Inspection Service (USPIS) Inspector James Keenan reviewed and intercepted a Priority Mail parcel bearing tracking number 9505 5114 1103 5023 9485 30, which was addressed to "Jennifer Rodriguez 30 Rugraff St Rochester NY 14606" and which bore a return address of "ElviN Rodriguez HC 4 Box 7339 Juana Diaz PR 00795". The Priority Mail parcel was a white colored USPS large Priority Mail flat rate cardboard box measuring approximately 12" x 11.75" x 5.5" and weighing approximately 11lbs and 10.0oz (hereinafter the "Subject Parcel"). The mailing was prepaid and had an expected delivery date of January 27, 2025.

4. On January 25, 2025, USPIS conducted records checks using open-source information to determine if a person named Jennifer Rodriguez actually resided at 30 Rugraff Street, Rochester (hereinafter the "Target Residence"). USPIS could not identify anyone by the name Jennifer Rodriguez residing at the Target Residence.

5. On January 29, 2025, USPIS Keenan applied for and received a federal search and seizure warrant (25-MJ-517) to open the Subject Parcel from the Honorable

2

Mark W. Pedersen, U.S. Magistrate Judge. The search warrant was executed on the Subject Parcel the next day, January 30, 2025, and the Subject Parcel was found to contain approximately 2,043.5 grams of an off-white chunky powdery substance which field tested positive for cocaine. The Subject Parcel contained layers of carbon paper, several magazines, puzzle pieces, bubble gum and two checkers game boxes. Inside of the two checkers game boxes, including the game itself, were almost identical bricks, wrapped in layers of black carbon paper, plastic wrap and vacuum sealed bags. The bricks were each imprinted with an "M35" stamp.

6.      On January 31, 2025, at approximately 06:10 a.m., USPIS Keenan updated the USPS tracking information to reflect the parcel had processed at the local United States Postal Service ("USPS") facility and was going to be "out for delivery" using USPS databases that are publicly viewable online or through the USPS mobile application.

7.      At approximately 10:45 a.m., Special Agents and Task Force Officers with the ATF and USPIS Postal Inspectors conducted surveillance in the area of the Target Residence in anticipation of a controlled delivery of the Subject Parcel.

8.      Prior to conducting a controlled delivery of the Subject Parcel to the Target Residence, the two bricks of cocaine were removed from the Subject Parcel and were replaced with a sham substance made to look similar in appearance to the two bricks of cocaine. On January 30, 2025, Postal Inspectors applied for and were granted a federal

3

search warrant authorizing the use of a GPS tracking device in the Subject Parcel (25-MJ-523).

9. At approximately 11:30 a.m., Postal Inspector Steven Barrientos, in an undercover capacity and dressed as a letter carrier, delivered the Subject Parcel as addressed to the Target Residence. Upon pulling up in front of Target Residence in a marked USPS delivery vehicle, Inspector Barrientos placed the Subject Parcel on the front step. Inspector Barrientos was told by a neighbor across the street to place the box at the back door. Inspector Barrientos then moved the Subject Parcel to the back door of the Target Residence and knocked on the back door. At approximately 11:45 a.m., law enforcement surveillance observed a vehicle bearing NY registration LJC8719 pulling into the driveway at Target Residence. TFO Myron Moses observed a Hispanic male exit the vehicle, go to the package, pick it up, and return to the vehicle. The vehicle left the Target Residence. Marked units with the Monroe County Sherriff's Office conducted a traffic stop a short distance from the Target Residence. ALVAREZ was the sole occupant of the vehicle.

10. Your affiant was at the traffic stop within moments and observed the Subject Parcel unopened on the floorboard of the front passenger seat. Task Force Officer Gregory Kehrer asked ALVAREZ to provide his name and ALVAREZ responded that he wanted his lawyer. ALVAREZ did have a suspended New York State Driver's License on his person.

11. Based upon my training and experience, I am aware that kilogram quantities of cocaine are consistent with distribution and not consistent with personal use.

12. Based on the above information, I submit that there is probable cause to believe that on January 31, 2025, in the Western District of New York, JEROME ALVAREZ violated Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846 (attempted possession of 500 grams or more of cocaine with intent to distribute).

ANDREW FARNHAM
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:
January 31, 2025.

HONORABLE MARK W. PEDERSEN
United States Magistrate Judge